

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

**MEMO ENDORSED**

**Konta, Georges, and Buza, P.C.**
233 Broadway, Suite 900
New York, New York 10279
212-710-5166 (tel.)
212-710-5162 (fax)
johnpbuza@aol.com

November 11, 2022

<u>**VIA ECF**</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                      **Re:**   *United States v. Andy Mercado,* **22 CR 582 (VEC)**

Dear Judge Caproni:

      I was appointed pursuant to the Criminal Justice Act to represent Andy Mercado. On November 8, 2022, I received notification from Bernard Alan Seidler that he had been retained to represent Mr. Mercado and that my services are no longer needed. Mr. Seidler also filed a notice of appearance with the Court on the same date. I therefore respectfully move to withdraw as counsel in this case.

                                                  Respectfully Submitted,

                                                  /s/
                                         _____
                                              John P. Buza

cc.:    AUSA Jane Chong (via ECF)
         Bernard Alan Seidler (via ECF)

---

Application GRANTED.

SO ORDERED.

*[signed]* Valerie Caproni   11/15/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE