USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                   22-CR-582 (VEC)

ANDY MERCADO,                             ORDER

                  Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 29, 2022, the Defendant filed a motion seeking a bail hearing and release from custody, Dkt. 19; and

    WHEREAS on January 4, 2023, the parties appeared before the Court for a bail hearing.

    IT IS HEREBY ORDERED that the motion is DENIED for the reasons stated at the hearing. The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 19.

**SO ORDERED.**

**Date: January 4, 2023**
**New York, NY**
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**