LAW OFFICE
OF
B. ALAN SEIDLER
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/22/2023

May 22, 2023

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Andy Mercado, 22 Cr. 582 (VEC)

Dear Judge Caproni;

    Defendant Andy Mercado has written to me express the heightened anxiety he feels as an inmate at the MDC. He wants me request your Honor Order that he receive counseling at the MDC for that condition.
    Thank you.

Respectfully,

B. Alan Seidler

bas/ee

---

Mr. Seidler is ordered to remind Mr. Mercado that the first step in obtaining medical care is to do a cop out call with a request for medical care. If Mr. Mercado cannot obtain appropriate treatment after doing a cop out call, he may remake the request for counseling.

SO ORDERED.

*Valerie Caproni*    05/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE