```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
            -against-                                                :   22-CR-582 (VEC)
                                                                     :
ANDY MERCADO                                                         :   ORDER
                                                                     :
                              Defendant.                             :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 12, 2023, the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS HEREBY ORDERED that Mr. Mercado's change-of-plea hearing will be held on **Monday, September 18, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  September 13, 2023**                                       _____
**       New York, NY**                                              **VALERIE CAPRONI**
                                                                     **United States District Judge**