USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
        -against-               :      22-CR-582 (VEC)
:
ANDY MERCADO                                           :      <u>ORDER</u>
:
        Defendant.           :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 18, 2023, the parties appeared for a change of plea hearing and an arraignment on the Superseding Indictment (S1); and

    WHEREAS Mr. Mercado entered a plea of guilty to the lesser included offense of Count One, conspiracy to distribute or possess with intent to distribute 50 grams and more of mixtures and substances containing a detectable amount of methamphetamine, which was accepted by the Court.

    IT IS HEREBY ORDERED that Mr. Mercado will be sentenced on **Wednesday, January 17, 2024, at 2:30 P.M.**  Pre-sentencing submissions are due no later than **January 3, 2024**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that Mr. Mercado will not be required to appear at the September 21, 2023, status conference.

**SO ORDERED.**

Date: **September 18, 2023**
      **New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**