

**MEMO ENDORSED**

LAW OFFICE
OF
**B. ALAN SEIDLER**
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/2023

December 28, 2023

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Andy Mercado, 22 Cr. 582 (VEC)

Dear Judge Caproni;

    Defendant requests a continuance of his January 17, 2024, sentencing to an early April date convenient to your Honor. Mercado has a significant medical history as an MDC inmate, but despite multiple requests of the MDC we have not yet received the medical records.
    The Government, by AUSA Shahabian consents to this adjournment request.

Respectfully,

B. Alan Seidler

bas/ee

Application GRANTED.  Mr. Mercado's sentencing is hereby adjourned from Wednesday, January 17, 2024, at 2:30 P.M. to **Wednesday, April 3, 2024, at 2:30 P.M.**  The parties' deadline to file pre-sentencing submissions is extended from Wednesday, January 3, 2024, to **Wednesday, March 20, 2024**.  The Court is unlikely to grant any further extension requests.  Should Defense counsel continue to have difficulties accessing Mr. Mercado's medical records, he must promptly request assistance from the Government or Probation.

SO ORDERED.

*[signature]*  12/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE